IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:17CR104 |
| | ) | |
| vs. | ) | |
| | ) | |
| JUAN DIAZ LOPEZ, | ) | ORDER |
| JOY RAMOS, | ) | |
| OSCAR MACIAS, | ) | |
| | | |
| Defendants. | | |

This matter is before the court on the defendant Juan Diaz Lopez's Unopposed Motion to Continue Trial [28]. Counsel informs the court that discovery in this matter is voluminous and needs additional time to advise client and prepare for trial. The defendant has complied with NECrimR 12.1(a) at filing [27]. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [28] is granted, as follows:

1. The jury trial, **for all defendants**, now set for July 3, 2017 is continued to **August 21, 2017.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and August 21, 2017**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED June 19, 2017.**

BY THE COURT:

s/ F.A. Gossett, III
**United States Magistrate Judge**